OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

MICHAEL F. O'CONNOR          1098-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144
mfoconnor@ollon.com

Attorney for Plaintiffs
H-D MICHIGAN, INC. and
HARLEY-DAVIDSON MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| H-D MICHIGAN, INC., a Michigan corporation; HARLEY-DAVIDSON MOTOR COMPANY, a Wisconsin corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ISLAND RIDERS, INC., a Hawaii corporation; CHARLES G. HENNESSY, an individual; RICHARD D. SHEBS, an individual; and KIM L. WAMSLEY, an individual,<br><br>　　　　Defendants. | CIVIL NO. CV 03-00141 SOM<br>(TRADEMARK INFRINGEMENT) KSC<br><br>**NOTICE OF PARTIAL SATISFACTION OF STIPULATED JUDGMENT ENTERED ON OCTOBER 20, 2004; CERTIFICATE OF SERVICE** |

35751

## NOTICE OF PARTIAL SATISFACTION OF
## STIPULATED JUDGMENT ENTERED ON OCTOBER 20, 2004

Plaintiffs H-D MICHIGAN, INC., a Michigan corporation; HARLEY-DAVIDSON MOTOR COMPANY, a Wisconsin corporation, by its attorneys, Oliver, Lau, Lawhn, Ogawa & Nakamura, hereby gives Notice that Defendants Island Riders, Inc. and Charles G. Hennessy have partially satisfied the Stipulated Judgment entered on October 20, 2004 as follows:

Defendants have satisfied paragraph 18 of the Stipulated Judgment by paying Plaintiffs the sum of $8,000.00 as required to be paid.

This notice of Partial Satisfaction does not relate to any other provision set forth in the Stipulated Judgment entered on October 20, 2004.

DATED: Honolulu, Hawaii, __August 18, 2006__ .

/s/ Michael F. O'Connor
MICHAEL F. O'CONNOR
Attorney for Plaintiffs
H-D MICHIGAN, INC. and
HARLEY-DAVIDSON MOTOR COMPANY