OLIVER, LAU, LAWHN, OGAWA & NAKAMURA
Attorneys at Law
A Law Corporation

MICHAEL F. O'CONNOR          1098-0
600 Ocean View Center
707 Richards Street
Honolulu, Hawaii 96813
Telephone No.: (808) 533-3999
Facsimile No.: (808) 533-0144
mfoconnor@ollon.com

Attorney for Plaintiffs
H-D MICHIGAN, INC. and
HARLEY-DAVIDSON MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| H-D MICHIGAN, INC., a Michigan corporation; HARLEY-DAVIDSON MOTOR COMPANY, a Wisconsin corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ISLAND RIDERS, INC., a Hawaii corporation; CHARLES G. HENRUSSY, an individual; RICHARD D. SHEBS, an individual; and KIM L. WAMSLEY, an individual,<br><br>Defendants. | CIVIL NO. CV 03-00141 DAE<br>(TRADEMARK INFRINGEMENT) KSC<br><br>**CERTIFICATE OF SERVICE RE: NOTICE OF PARTIAL SATISFACTION OF STIPULATED JUDGMENT ENTERED ON OCTOBER 20, 2004** |

**CERTIFICATE OF SERVICE RE: NOTICE OF PARTIAL
SATISFACTION OF STIPULATED JUDGMENT
ENTERED ON OCTOBER 20, 2004**

-2-

I hereby certify that a copy of the Notice Of Partial Satisfaction Of Stipulated Judgment Entered On October 20, 2004 was duly served on the following party at his last known address by depositing the same in the U.S. mail, postage prepaid, on August 22, 2006:

> Joy Yanagida, Esq.
> Maluhia Professional Center, 33 Maluhia Drive, Suite 201
> Wailuku, Hawaii 96793
> Attorneys for Defendants
>
> DATED: Honolulu, Hawaii, __**August 18, 2006**_____.
>
>         **/s/ Michael F. O'Connor**
>         MICHAEL F. O'CONNOR
>         Attorney for Plaintiffs
>         H-D MICHIGAN, INC. and
>         HARLEY-DAVIDSON MOTOR COMPANY